# JS-6

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Michael Rocca,

    Plaintiff,

vs.

PNS Stores, Inc. dba Big Lots #4104,

    Defendants.

Case No. 5:14-cv-00675-JGB-SP

**Order re: Joint Stipulation for Dismissal**

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendant PNS Stores, Inc.,

IT IS HEREBY ordered that the above-entitled action is dismissed with prejudice.

Dated: October 1, 2014

_____
United Stated District Judge

Order re: Joint Stipulation for Dismissal

*Rocca v. PNS Stores, Inc.*
Case No. 5:14-cv-00675-JGB-SP

Page 1